Raymond PHILLIPS, Petitioner–
Appellant,

v.

John F. DONNELLY, Jr.; Michael C.
Moore, Attorney General, State of
Mississippi, Respondents–Appellees.

No. 99–60062.

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2000.

Raymond Phillips, Pearl, MS, pro se.

Jo Anne McFarland McLeod, Jerrolyn
M. Owens, Jackson, MS, for Respondents–
Appellees.

*ON PETITION FOR REHEARING*

Before REYNALDO G. GARZA,
JOLLY and HIGGINBOTHAM, Circuit
Judges.

PER CURIAM:

The petition for rehearing is GRANTED
to the extent that our reference to the
defendant bearing the burden should in-
stead place the burden on the petitioner.
In all other respects, the petition for re-
hearing with respect to this published
opinion is DENIED.